UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-99-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MICHAEL GLEN HALL | ) | |
| | ) | |

The matter before the Court is the Motion by the United States, filed on November 13, 2017, to seal Docket Entry No. 25. After a review of the Motion, the pleadings, and for good cause shown, it is hereby ORDERED that Docket Entry Number 25 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the ____13th_____ day of November, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE