> **Motion DENIED.**
>
> This the 13th day of November, 2017.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-99-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL GLEN HALL | MOTION FOR PERMISSION TO MARRY |

The Defendant, Michael G. Hall, by and through undersigned counsel, hereby moves the Court for permission to marry his fiancé and the mother of his child, Brianna Reed, of Wade, North Carolina. In support of this Motion, Mr. Hall states the following:

1. On June 13, 2017, Mr. Hall entered a plea of guilty to Count 1 of the Indictment, failure to register as a sex offender, in violation of 21 U.S.C. § 2250(a). [DE #1]. He currently is housed in the Pamlico County Jail in Bayboro, North Carolina.

2. Sentencing currently is scheduled for the December 5, 2017, term of court in New Bern, North Carolina.

3. Mr. Hall is 25 years old and has been in a relationship with Ms. Brianna Reed for 20 months. Ms. Reed is 23 years old. The couple was living together prior to Mr. Hall's arrest, and they have a biological daughter, Paisley Hall, who is 15 months old.

4. Mr. Hall has never before been married. Ms. Reed is unrelated to Mr. Hall's prior conviction that gave rise to his duty to register as a sex offender under § 2250(a). He and Ms. Reed had planned to marry, but Mr. Hall was arrested on the instant charges before the marriage took place.

1